*Pro Se 1 2016*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Hassan Osman
_____

_____

_____ ,

                Plaintiff(s),

      v.

Kevin Gumke
_____

Tim Giertz
_____

_____ ,

                Defendant(s).

CASE NO. ___2:20-cv-00697 RSM___
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☑ Yes  ☐ No

## I.    THE PARTIES TO THIS COMPLAINT

A.    Plaintiff(s)

    *Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Hassan Osman |
| Street Address | PO Box 77354 |
| City and County | Seattle, King |
| State and Zip Code | WA, 98177 |
| Telephone Number | (206) 489-7783 |

COMPLAINT FOR A CIVIL CASE - 1

*Pro Se 1 2016*

B.     Defendant(s)

   *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

   Defendant No. 1

   | | |
   |---|---|
   | Name | Kevin Gumke/KC MTD Rail Division |
   | Job or Title *(if known)* | Superintendent of Rail Training (former Tech Trainer) |
   | Street Address | 3407 Airport Way South |
   | City and County | Seattle, King |
   | State and Zip Code | WA 98134 |
   | Telephone Number | (206) 903-7699 |

   Defendant No. 2

   | | |
   |---|---|
   | Name | Tim Giertz |
   | Job or Title *(if known)* | (former KC MTD Rail Technical Trainer) |
   | Street Address | Unknown |
   | City and County | Unknown |
   | State and Zip Code | Unknown |
   | Telephone Number | |

   Defendant No. 3

   | | |
   |---|---|
   | Name | |
   | Job or Title *(if known)* | |
   | Street Address | |
   | City and County | |
   | State and Zip Code | |
   | Telephone Number | |

COMPLAINT FOR A CIVIL CASE - 2

*Pro Se 1 2016*

Defendant No. 4

    Name                               _____

    Job or Title *(if known)*      _____

    Street Address               _____

    City and County           _____

    State and Zip Code        _____

    Telephone Number        _____

## II.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be  heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (*check all that apply*)

☑  Federal question         ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17

(race, color, gender, religion, national origin).

_____

COMPLAINT FOR A CIVIL CASE - 3

*Pro Se 1 2016*

1    B.      If the Basis for Jurisdiction Is Diversity of Citizenship

2                  1.      The Plaintiff(s)

3                      a.   If the plaintiff is an individual.

4          The plaintiff (*name*) _____, is a citizen of the

5    State of (*name*) _____.

6                      b.   If the plaintiff is a corporation.

7          The plaintiff, (*name*) King County MTD Rail Division, is incorporated under

8    the laws of the State of (*name*) Washington, is incorporated under

9    the laws of the State of (*name*) Washington, and has its principal

10   place of business in the State of (*name*) Washington.

11        *(If more than one plaintiff is named in the complaint, attach an additional page providing*
     *the same information for each additional plaintiff.)*

12

13                 2.      The Defendant(s)

14                     a.   If the defendant is an individual.

15         The defendant, (*name*) Hassan Osman, is a citizen of the

16   State of (*name*) United State Of America. Or is a citizen of

17   (*foreign nation*) _____.

18                     b.   If the defendant is a corporation.

19         The defendant, (*name*) _____, is incorporated under

20   the laws of the State of (*name*) _____, and has its principal

21   place of business in the State of (*name*) _____.

22        Or is incorporated under the laws of (*foreign nation*) _____,

23   and has its principal place of business in (*name*)_____.

24        *(If more than one defendant is named in the complaint, attach an additional page*
     *providing the same information for each additional defendant.)*

COMPLAINT FOR A CIVIL CASE - 4

Pro Se 1 2016

      3.      The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the

amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

_____

_____

_____

## III.    STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

09/14/2018, Mr. Gumke has been using September 11th, 2001, as mnemonic during the training. I asked him to stop. He stopped, but

he and Mr. Giertz started to discriminate against me after that day and learning of my Muslim faith. Both men lied about my training

progress and changed my grade scores, and as a result, on 10/31/2018, they convinced the Rail Training to dismiss me from the LRO class

## IV.    RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

$5,000,000 for the my pain and suffering, emotional distress; and to be placed next LRO class in accordance to my 2018 class seniority, and to be made whole in all other ways.

## V.    CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

*Pro Se 1 2016*

1  purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

2  (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

3  reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

4  identified, will likely have evidentiary support after a reasonable opportunity for further

5  investigation or discovery; and (4) the complaint otherwise complies with the requirements of

6  Rule 11.

7       I agree to provide the Clerk's Office with any changes to my address where case-related

8  papers may be served. I understand that my failure to keep a current address on file with the

9  Clerk's Office may result in the dismissal of my case.

10  Date of signing:        05/05/2019

11  Signature of Plaintiff

12  Printed Name of Plaintiff     HASSAN OSMAN

13

14  Date of signing:

15  Signature of Plaintiff

16  Printed Name of Plaintiff

17

18  Date of signing:

19  Signature of Plaintiff

20  Printed Name of Plaintiff

21

22

23

24

COMPLAINT FOR A CIVIL CASE - 6