UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
HASSAN OSMAN,                              )
                                           )
                      Plaintiff,           )   No. C20-697RSL
                                           )
       v.                                  )
                                           )   ORDER TO SHOW CAUSE
KC MTD RAIL DIVISION, et al.,              )
                                           )
                      Defendants.          )
_____)

This matter comes before the Court *sua sponte*. The Complaint in the above-captioned matter was filed on May 13, 2020. To date, service of the summons and complaint has not been made on defendant as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than January 4, 2021. The Clerk of court shall note this Order to Show Cause on the Court's calendar for January 8, 2021.

DATED this 2nd day of December, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE