UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HASSAN OSMAN,

        Plaintiff,

vs.

KC MTD RAIL DIVISION, et al.,

        Defendants.

NO. C20-697RSL

ORDER OF DISMISSAL FOR FAILURE TO PERFECT SERVICE OF SUMMONS AND COMPLAINT

    This matter comes before the Court *sua sponte*. The complaint in this matter was filed on May 13, 2020. To date, plaintiff has failed to perfect service of the summons and complaint upon defendants or to make a timely request for extension of the service date, as required by Fed. R. Civ. P. 4(m). The Court having given Plaintiff notice of this deficiency, hereby DISMISSES the above-captioned complaint without prejudice.

    IT IS NOW, THEREFORE, ORDERED that this matter be DISMISSED.

    DATED this 11th day of January, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge